# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA CAPITAL INSURANCE COMPANY, A NEVADA CORPORATION,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JOSEPH HARDY, JR., DISTRICT JUDGE,
Respondents,
and
BREANNA WHITLOCK, AN INDIVIDUAL; REBECCA WHITLOCK, AN INDIVIDUAL; AMERICAN BEST AGENCY, INC., A NEVADA CORPORATION; AND RICK SAXEN, AN INDIVIDUAL,
Real Parties in Interest.

No. 71574



FILED

NOV 18 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a motion for summary judgment in an insurance action. Having considered the petition and appendix filed in this matter, we conclude that petitioner has not demonstrated that our intervention by way of extraordinary relief is warranted. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (holding that this court has the discretion to determine whether to consider a writ petition); *see* NRAP 21(b)(1). In particular, petitioner has an adequate and speedy legal remedy in the form of an appeal from any adverse final

16-36118

judgment. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Hon. Joseph Hardy, Jr., District Judge
Hutchison & Steffen, LLC
Maier Gutierrez Ayon, PLLC
Hansen Rasmussen, LLC
Eighth District Court Clerk